1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY G. INGRAM,                                    No. C 07-1945 SI

        Plaintiff,                              **ORDER DISMISSING COMPLAINT**
  v.                                                        **WITHOUT LEAVE TO AMEND**

CITY AND COUNTY OF SAN FRANCISCO,
and SAN FRANCISCO POLICE
DEPARTMENT,

        Defendants.
_____/

      By order dated May 21, 2007, this Court dismissed plaintiff's complaint, with leave to amend

on or before June 4, 2007.   No amended complaint has been filed.   Accordingly, this action is

DISMISSED without leave to amend.   Plaintiff's application to proceed *in forma pauperis* is DENIED

as moot.

      **IT IS SO ORDERED.**

Dated: July 10, 2007

                                           SUSAN ILLSTON
                                         United States District Judge

**United States District Court**
For the Northern District of California