IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY G. INGRAM, | No. C 07-1945 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, and SAN FRANCISCO POLICE DEPARTMENT, | |
| Defendants. | |

This action is DISMISSED without leave to amend for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: July 10, 2007

SUSAN ILLSTON
United States District Judge